Opinion issued November 29, 2007










In The

Court of Appeals

For The

First District of Texas






NO. 01-06-00732-CV






RICHARD H. ALSENZ, Appellant


V.


MARJORIE SUE ALSENZ, Appellee






On Appeal from the 310th District Court

Harris County, Texas

Trial Court Cause No. 2000-28446






MEMORANDUM OPINION Appellant Richard H. Alsenz has failed to timely file a brief. See Tex. R. App.
P. 38.8(a) (failure of appellant to file brief). After being notified that this appeal was
subject to dismissal, appellant did not adequately respond. See Tex. R. App. P.
42.3(b) (allowing involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to timely file a brief. 
All pending motions are denied.

PER CURIAM

Panel consists of Justices Taft, Hanks, and Higley.